# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years including married, maiden, trade, and address):

Arthur Albert Gutierrez

xxx–xx–7757
1923 Denmark Lane
Laredo, TX 78045

)
)
)
)Case Number: 19–50067
)
)
)
)
)
)
)
)Chapter: 7
)
)
)
)
)
)
)
)

## NOTICE OF ASSETS, NOTICE TO CREDITORS AND
## OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS

Notice is hereby given that:

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in this case in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE December 16, 2019

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed in the Office of the Clerk of the Bankruptcy Court on an official form prescribed for a proof of claim.

MAIL TO:

United States Bankruptcy Court
1300 Victoria Street
Laredo, TX 78040

David J. Bradley
Clerk of Court

Filed: September 11, 2019

Trustee: Catherine Stone Curtis

```
                          United States Bankruptcy Court
                            Southern District of Texas
In re:                                                      Case No. 19-50067-drj
Arthur Albert Gutierrez                                     Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0541-5          User: dhan              Page 1 of 1            Date Rcvd: Sep 11, 2019
                              Form ID: ntcasset       Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
```
db             +Arthur Albert Gutierrez,    1923 Denmark Lane,    Laredo, TX 78045-8385
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619096,    Dallas, TX 75261-9096
10678867        Credence Resource Management LLC,    PO Box 2238,    Southgate, MI 48195-4238
10678871       +GC Services,    Limited Partnership,    PO Box 3346,    Houston, TX 77253-3346
10678872        Midland Credit Management, Inc.,    PO Box 51319,    Los Angeles, CA 90051-5619
10678873       +Nationstar Mortgage,    DBA Mr Cooper,    PO Box 619094,    Dallas, TX 75261-9094
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: AISACG.COM Sep 12 2019 01:13:00      Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
10678862       +EDI: AARGON.COM Sep 12 2019 01:13:00      Aargon Agency, Inc.,    8668 Spring Mountain Road,
                 Las Vegas, NV 89117-4132
10678861        EDI: CAPITALONE.COM Sep 12 2019 01:13:00      Capital One,    PO Box 60599,
                 City of Industry, CA 91716-0599
10678863        EDI: CAPONEAUTO.COM Sep 12 2019 01:13:00      Capital One Auto Finance,    PO Box 60511,
                 City of Industry, CA 91716-0511
10701924       +EDI: AISACG.COM Sep 12 2019 01:13:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
10678864        E-mail/Text: tuscolsup@fisglobal.com Sep 11 2019 21:52:36
                 Complete Payment Recovery Services, Inc.,    PO Box 30184,    Tampa, FL 33630-3184
10678868       +EDI: RCSFNBMARIN.COM Sep 12 2019 01:13:00      Credit One Bank,    PO Box 98873,
                 LAS VEGAS, NV 89193-8873
10678869       +EDI: DCI.COM Sep 12 2019 01:13:00      Diversified Consultants Inc.,    DBA DCI,
                 10550 Deerwood Pk Blvd Ste708,    Jacksonville, FL 32256-0596
10678870       +E-mail/Text: bknotice@ercbpo.com Sep 11 2019 21:52:05      Enhanced Recovery,    PO Box 57547,
                 Jacksonville, FL 32241-7547
10686049        EDI: IRS.COM Sep 12 2019 01:13:00      INTERNAL REVENUE SERVICE,    P O Box 7346,
                 Philadelphia PA 19101-7346
10721543        EDI: RESURGENT.COM Sep 12 2019 01:13:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
10678874        E-mail/Text: courts@scott-pc.com Sep 11 2019 21:52:49      Scott & Associates PC,
                 Attorneys At Law,    PO Box 115220,    Carrollton, TX 75011-5220
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
```
              Catherine Stone Curtis    ccurtis@pulmanlaw.com,
               ecf@pulmanlaw.com;mgarcia@pulmanlaw.com;csc@trustesolutions.net
              Kelly Jean Harvey    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kelly@kellyharvey.com,    rosie@kellyharvey.com;latoya@kellyharvey.com;Esther@kellyharvey.com
              Megan F. Clontz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mclontz@alaw.net,
               BKTX@albertellilaw.com;cjacocks@albertellilaw.com;anhsalaw@infoex.com;anhsalaw@infoex.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                              TOTAL: 4
```